IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMERON OCION AJIDUAH**                                                                 **PLAINTIFF**
**Reg #22047-026**

v.                          Case No. 4:25-CV-00121-JM

**DOES**                                                                                  **DEFENDANTS**

## ORDER

Ajiduah has not complied with the March 3, 2025 Order directing him to pay the filing and administrative fees for this case or file a motion to proceed *in forma pauperis*. *Doc. 2*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE