IIN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMERON OCION AJIDUAH**                                                                                  **PLAINTIFF**
**Reg #22047-026**

v.                                        Case No. 4:25-CV-00121-JM

**DOES**                                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE